NICHOLAS A. CARLIN (State Bar No. 112532)
DAVID M. GIVEN (State Bar No. 142375)
ALEXANDER H. TUZIN (State Bar No. 267760
PHILLIPS, ERLEWINE & GIVEN LLP
50 California Street, 32nd Floor
San Francisco, CA   94111
Telephone:  415-398-0900
Fax:           415-398-0911
Email: nac@phillaw.com
         dmg@phillaw.com
         aht@phillaw.com

Attorneys for Plaintiff

# UNITED STATES OF AMERICA

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIK JACOBSEN, individually and d/b/a GREAT HONESTY MUSIC,<br><br>Plaintiff,<br><br>v.<br><br>WESTWOOD ONE, INC , a Delaware corporation, VERGE MEDIA SOLUTIONS, LLC,<br><br>Defendants. | Case No.  13-cv-5510-SBA<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

WHEREAS, on November 27, 2013, Plaintiff Erik Jacobsen, individually and d/b/a GREAT HONESTY MUSIC ( hereinafter "Plaintiff") filed the Complaint initiating this action and asserting various claims against Defendants Westwood One, Inc., a Delaware corporation, and Verge Media Solutions, LLC. (hereinafter "Defendants");

WHEREAS, on January 17, 2014, Defendants filed their answer in this case;

WHEREAS, on May 14, 2014, the parties attended a mediation session before Dana Curtis, and the parties agreed to resolve and settle this action and have entered into a settlement agreement; and

WHEREAS, the parties are responsible for their own costs and fees;

NOW, THEREFORE, the parties respectfully request that all claims in the Complaint be DISMISSED WITH PREJUDICE.

IT IS SO STIPULATED AND AGREED.

| | |
|---|---|
| Dated: May 23, 2014 | Dated: May **23**, 2014 |
| PHILLIPS, ERLEWINE & GIVEN, LLP | MOSS & KALISH, PLLC |
| | SHARTSIS FRIESE LLP |
| By /s/ Nicholas A. Carlin | By _____ |
| Nicholas A. Carlin | Marc Reiner |
| Attorneys for Plaintiff | Attorneys for Defendants |

2

**STIPULATION TO DISMISS WITH PREJUDICE** – Case No. 13-cv-5510-SBA